**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Jose BADILLO, Jr., also known as Joe Badillo, also known as Jose A. Badillo, Defendant–Appellant**

**No. 16-20095**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Jose Badillo, Jr., Pro Se

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

---

\* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** \*

The Federal Public Defender appointed to represent Jose Badillo, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Badillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

the limited circumstances set forth in 5th Cir. R. 47.5.4.